

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. |
| SEALED DOCUMENT | : | ORDER SEALING CRIMINAL COMPLAINT, SUPPORTING AFFIDAVIT AND ARREST WARRANT |
| | : | |
| | : | |

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Criminal Complaint, Supporting Affidavit to Criminal Complaint and Arrest Warrant be sealed and kept from public inspection until further Order of this Court.

MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE